In the Matter of the Petition of EDWARD A. SMITH, Appellant, for an Order, under Article 78 of the Civil Practice Act, against RAYMOND J. WHITNEY, as City Manager of, and as Acting Commissioner of Public Safety of, the City of Yonkers, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

KENIN AND POSNER, INC., a Domestic Corporation, Respondent, v. FLORENCE TERRACE, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

T. ORCHARD LISLE, Respondent, v. MONA PALMER, etc., Appellant.— Motion by appellant for leave to appeal to the Court of Appeals on certified questions, and to extend her time to answer, plead or otherwise move until ten days after the determination of the appeal by the Court of Appeals, denied, without costs. As appellant is technically in default, on the court's own motion her default will be opened and her time to answer, plead or otherwise move with respect to the complaint will be extended until five days after the entry of the order on this motion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

MICHAEL SCUDERO, Respondent, v. HELEN CAMPBELL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

SAMUEL SILBER, Respondent, v. JACOB BLOCK, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

FRANK E. WILLIAMSON, Administrator, etc., of WALLACE WILLIAMSON, Deceased, Respondent, v. CARLO PIETROFORTE and Others, Defendants, and MICHAEL GENZALE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust for the Benefit of Certificate Holders in Mortgage Bearing Guarantee Number 180677 of BOND AND MORTGAGE GUARANTEE Co. Dated the 16th Day of April, 1941, Respondent, v. KLIN Co., INC., Appellant.— Action on contract. Order denying appellant's motion to dismiss the complaint pursuant to rule 106 of the Rules of Civil Practice, or for alternative relief, affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.